O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMION RICHARDSON, | ) | Case No. CV 10-05999 DDP (SSx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **SUBSTITUTE REPRESENTATIVE OF** |
| v. | ) | **ESTATE FOR PLAINTIFF AND FOR** |
| | ) | **ENLARGEMENT OF TIME TO FILE** |
| SGT. KEITH KANOUSE, et al., | ) | **AMENDED COMPLAINT** |
| | ) | |
| Defendants | ) | |
| _____ | ) | [Dkt. No. 13] |

Good cause being shown, and no opposition having been received, the Motion to Substitute Representative of Estate for Plaintiff and for Enlargement of Time to File Amended Complaint is GRANTED. Any amended complaint shall be filed within thirty days of the date this order in accordance with the Clerk's Office filing procedures.

IT IS SO ORDERED.

Dated: April 11, 2012

DEAN D. PREGERSON
United States District Judge