JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION L. RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KEITH KANOUSE, et al.,<br><br>    Defendants. | Case No.: CV 10-05999 DDP (SSx)<br><br>**JUDGMENT ON SPECIAL VERDICT AFTER JURY TRIAL**<br><br>**HON. DEAN D. PREGERSON**<br><br>Trial Date:   October 6, 2015<br>Action Filed:   August 11, 2010 |

    This action came on regularly for trial on October 6, 2015 in Courtroom 3 of the above-entitled United States District Court, Central District of California, the Honorable Dean D. Pregerson, Judge Presiding.

    Plaintiff, DAMION RICHARDSON, appearing through the Administrator of his Estate, Danielle Brown, appeared by attorneys Jeff Price, Gabriel Avina, and Harold McDougall.  Defendants, LOS ANGELES COUNTY SHERIFF'S DEPUTIES STEVEN GOODWIN and KASEY OWENS, appeared by attorneys Andrew C. Pongracz and Janet L. Keuper.

A jury of 8 persons was regularly impaneled and sworn.  Witnesses were sworn and testified.  Following presentation of evidence, the jury was duly instructed by the Court.  After arguments of counsel, the cause was submitted to the jury with directions to return a verdict on special issues.

By reason of said special jury verdict, Defendants, DEPUTY STEVEN GOODWIN and DEPUTY KASEY OWENS are entitled to Judgment against Plaintiff DAMION RICHARDSON, through the Administrator of his Estate, Danielle Brown.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff DAMION RICHARDSON, by and through the Administrator of his Estate, Danielle Brown, have and recover nothing by reason of any of the claims set forth in his Complaint against Defendants DEPUTY STEVEN GOODWIN and DEPUTY KASEY OWENS and that Defendants shall recover costs in accordance with Local Rule 54.

Dated:  March 17, 2016

HON. DEAN D. PREGERSON
**United States District Judge**